UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carmen Stone and Lawrence Stone,<br><br>Plaintiffs<br><br>v.<br><br>Jaguar Land Rover North America, LLC<br><br>Defendant. | Case No. 5:24-CV-08579 (NW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

TO THE HONORABLE COURT:

Plaintiffs Carmen Stone and Lawrence Stone ("Plaintiffs") and Defendant Jaguar Land Rover North America, LLC ("Defendant"), (collectively, the "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiffs' Complaint and this entire action can and should be dismissed with prejudice;

NOW, THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Plaintiffs' Complaint and this entire action shall be and hereby is dismissed with prejudice.

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**                 1

DATED: July 7, 2025    CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY

By    */s/ William E. Kennedy*
William E. Kennedy
Attorney for Plaintiffs CARMEN STONE and LAWRENCE STONE

DATED: July 7, 2025    GORDON REES SCULLY MANSUKHANI, LLP

By    */s/ James P. Mayo*
James P. Mayo
Attorney for Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC

Pursuant to stipulation, **IT IS SO ORDERED**. The instant matter is hereby dismissed, with prejudice, in its entirety. The Clerk of the Court is directed to close the file.

DATED: 7/11/2025

Hon. Noël Wise
United States District Judge

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**    2